UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**LEA N. GEER**,                                        Case No. 6:12-CV-01796-KI

                    Plaintiff,                          JUDGMENT

        v.

**CAROLYN W. COLVIN**,

                    Defendant.

Alan Stuart Graf, P.C.
316 Second Rd.
Summertown, TN 38483

        Attorney for Plaintiff

S. Amanda Marshall
United States Attorney
District of Oregon
Adrian L. Brown
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97201-2902

Page 1 - JUDGMENT

Erin F. Highland
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant


KING, Judge:

      Based on the record,

      IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed

and this case is dismissed.

      IT IS SO ORDERED.

      DATED this ___7th___ day of October, 2013.


                     /s/ Garr M. King
                     Garr M. King
                     United States District Judge